UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-04-166 LKK |
| | NO. CR. S-04-247 LKK |
| Plaintiff, | |
| v. | <u>O R D E R</u> |
| ROSS ALLEN ROJEK, | |
| Defendant. | |
| _____/ | |

The court is in receipt of the government's response to defendant's motion for return of property filed in the above-captioned criminal cases. As set forth in the government's response, defendant's motion is granted.

IT IS SO ORDERED.

DATED: June 2, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT